UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

RICHARD DUCOTE, ESQ., ET AL.       CIVIL ACTION

VERSUS      NO. 19-13624

JUDICIARY COMMISSION OF LOUISIANA      SECTION: "T" (4)

## O R D E R

The undersigned United States District Judge recuses himself from further participation in this case pursuant to 28 U.S.C. § 455(a). The Clerk of Court is **ORDERED** to reallot the above-captioned case to another section of court. All dates remain in effect unless modified by the judge to whom this case is transferred.

New Orleans, Louisiana, this  14th  day of November, 2019.

November 15, 2019

REALLOTTED TO
**SECT. R**

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE