UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RICHARD DUCOTE, ESQ. AND AND AUSTIN LEISER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13624** |
| **THE JUDICIARY COMMISSION OF LOUISIANA** | **SECTION:R(4)** |

## ORDER REALLOTTING CASE

Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from acting on this case.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

**New Orleans, Louisiana, this 13th day of February, 2020.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**

February 13, 2020

REALLOTTED TO

# SECT. H