UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD DUCOTE, ESQ. and AUSTIN LEISER, <br><br> Plaintiffs, <br><br> v. <br><br> THE JUDICIARY COMMISSION OF LOUISIANA, <br><br> Defendant. | CIVIL ACTION <br><br> NO. 19-cv-13624 <br><br> SECTION "H" <br><br> JUDGE MILAZZO |

**PLAINTIFFS' MOTION TO AMEND AND SUPPLEMENT COMPLAINT**

Plaintiffs Richard Ducote, Esq. and Austin Leiser, by the undersigned counsel, hereby move this Honorable Court:

(1) For the entry of an order pursuant to Fed. R. Civ. P. 19, 20, and 21 to add **Sandra Vujnovich, Esq., in her official capacity**, **Michelle Beaty, Esq., in her official capacity**, and **Edward Walters, Jr., Esq., in his official capacity**, as Defendants in this cause; and

(2) For leave to serve and file on the Defendants, pursuant to Fed. R. Civ. P. 15(d), an Amended and Supplemental Complaint, attached as Exhibit 1, setting forth certain events that have occurred since the filing of the Original Complaint.

In support of this motion, Plaintiffs state as follows:

1. Fed. R. Civ. P. 21 provides in relevant part that parties may be added by order of the court on motion of any party at any stage of the action and on such terms as are just.

2. Fed. R. Civ. P. 19(a) provides in relevant part that a person who is subject to service of process and whose joinder will not deprive the court of jurisdiction over the subject matter of the action shall be joined as a party to the action if in the person's absence complete relief cannot be

accorded among those already parties, or if, under certain circumstances, the person claims an interest relating to the subject of the action.

3. Fed. R. Civ. P. 20(a)(2) provides in relevant part that persons may be joined in one action as defendants if any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action.

4. Fed. R. Civ. P. 15(d) provides in relevant part that upon motion of a party the court may permit the party to serve a supplemental pleading setting forth events that have happened since the date of the pleading sought to be supplemented.

5. The parties sought to be added as defendants by this motion are subject to service of process and their joinder will not deprive the Court of jurisdiction over the subject matter of this action.

6. The parties sought to be added as defendants are Sandra Vujnovich, Esq., in her official capacity as Chief Executive Officer of the Judiciary Commission, Michelle Beatty, Esq., in her official capacity as Special Counsel to the Judiciary Commission, and Edward Walters, Jr., Esq., in his official capacity as Chair of the Judiciary Commission.

7. As Chief Executive Officer of the Judiciary Commission, Special Counsel to the Judiciary Commission, and Chair of the Judiciary Commission, all proposed defendants enforce Louisiana Supreme Court Rule XXII, § 23, governing Confidentiality, which deprives Plaintiffs of their First and Fourteenth Amendment rights, preventing them from disclosing or discussing the fact that judicial complaints have been filed, or any information related to Judiciary Commission proceedings. They also have the power to commence punishment against those who violate the

confidentiality rules. Thus, their conduct arises out of the same series of events as the Defendant Judiciary Commission of Louisiana and any questions of law or fact arising out of this action will be common to all defendants.

8. Further, proposed defendants' absence may as a practical matter impair or impede Plaintiffs' ability to protect their interest. Accordingly, the relief sought in the Complaint cannot be achieved, or can be achieved only partially or conditionally, without the joinder of Ms. Vujnovic, Ms. Beaty, and Mr. Walters.

9. A copy of the <u>Amended and Supplemental Complaint for Declaratory & Injunctive Relief</u> proposed to be filed if this Motion is granted is attached to this Motion as Exhibit 1. The Amended and Supplemental Complaint sets forth events that have happened since the date of the Original Complaint in this cause, specifically, that in a letter dated February 21, 2020, Ms. Leiser was informed that the Judiciary Commission's investigation into her complaint was complete and the file has been closed.

WHEREFORE, Plaintiffs move that their Motion be granted and that an order be entered in substantially the form attached to this Motion.

                  Respectfully submitted,

                  s/ **<u>Richard Ducote</u>**
                  Richard Ducote, Esq.
                  (La. Id. #5111)
                  *In Proper Person and*
                  *Counsel for Plaintiff Austin Leiser*

                  s/ **<u>Victoria McIntyre</u>**
                  Victoria McIntyre, Esq.
                  (La. Id #38344)
                  *Counsel for Plaintiffs Richard Ducote, Esq.*
                  *and Austin Leiser*

**RICHARD DUCOTE, ATTORNEY &
COUNSELOR AT LAW, APLC**
318 E. Boston Street, Floor 2
Covington, LA 70433
Tel: (985) 898-2755
Fax: (985) 898-2754
rducote@ducotelaw.com
vmcintyre@ducotelaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this pleading has been served on all counsel of record through the CM/ECF system, this 4th day of March, 2020.

s/ *Victoria McIntyre*
Victoria McIntyre, Esq.
(La. Id #38344)
**RICHARD DUCOTE, ATTORNEY &
COUNSELOR AT LAW, APLC**
318 E. Boston Street, Floor 2
Covington, LA 70433
Tel: (985) 898-2755
Fax: (985) 898-2754
vmcintyre@ducotelaw.com
*Counsel for Plaintiffs Richard Ducote, Esq. and Austin Leiser*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD DUCOTE, ESQ. and AUSTIN LEISER, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>THE JUDICIARY COMMISSION OF LOUISIANA, <br><br>　　　　Defendants. | CIVIL ACTION <br><br> NO. 19-cv-13624 <br><br> SECTION "H" <br><br> JUDGE MILAZZO |

## ORDER

Having read and considered <u>Plaintiffs' Motion to Amend and Supplement Complaint</u>, it is on this _____ day of _____, 2020, ORDERED that Plaintiffs' motion be, and hereby is, GRANTED.

The Clerk shall docket Exhibit 1 to Plaintiffs' motion as Plaintiffs' <u>Amended and Supplemental Complaint for Declaratory & Injunctive Relief</u>. The Clerk is further directed to amend the docket and case information to reflect that **Sandra Vujnovich, Esq., in her official capacity, Michelle Beaty, Esq., in her official capacity,** and **Edward Walters, Jr., Esq., in his official capacity** are additional defendants to this action.

Dated: _____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Jane Triche Milazzo, U.S. District Judge