UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD DUCOTE, ESQ. and AUSTIN LEISER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| THE JUDICIARY COMMISSION OF LOUISIANA, | ) ) ) |
| Defendant. | ) ) ) |

CIVIL ACTION

NO. 19-cv-13624

SECTION "H"

JUDGE MILAZZO

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs Richard Ducote, Esq. and Austin Leiser, by the undersigned counsel, have filed a <u>Motion to Amend and Supplement Complaint</u>. Plaintiffs will submit this motion on March 25, 2020, at 9:30AM, or as soon thereafter as the Court's docket permits, before the Honorable Jane Triche Milazzo, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

<u>s/ **Richard Ducote**</u>
Richard Ducote, Esq. (La. Id. #5111)
*In Proper Person and*
*Counsel for Plaintiff Austin Leiser*
<u>s/ **Victoria McIntyre**</u>
Victoria McIntyre, Esq. (La. Id #38344)
*Counsel for Plaintiffs Richard Ducote, Esq.*
*and Austin Leiser*
**RICHARD DUCOTE, ATTORNEY & COUNSELOR AT LAW, APLC**
318 E. Boston Street, Floor 2
Covington, LA 70433
Tel: (985) 898-2755
Fax: (985) 898-2754
rducote@ducotelaw.com
vmcintyre@ducotelaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice of Submission has been served on all counsel of record through the CM/ECF system, this 4th day of March, 2020.

s/ *Victoria McIntyre*
Victoria McIntyre, Esq.
(La. Id #38344)
**RICHARD DUCOTE, ATTORNEY &
COUNSELOR AT LAW, APLC**
318 E. Boston Street, Floor 2
Covington, LA 70433
Tel: (985) 898-2755
Fax: (985) 898-2754
vmcintyre@ducotelaw.com
