

# The Judiciary Commission of Louisiana

**OFFICE OF SPECIAL COUNSEL**

601 ST. CHARLES AVENUE
NEW ORLEANS, LA 70130-3481

TELEPHONE (504) 568.8299
FAX (504) 599.1360
EMAIL OSC@LASC.ORG

November 5, 2019

**PERSONAL AND CONFIDENTIAL**
Richard L. Ducote
318 E. Boston Street, 2nd Floor
Covington, LA 70433

   RE: Our File No. 19-585

Dear Mr. Ducote:

  Your complaint against ████████████████ has been reviewed and assigned File No. 19-585. While the Office of Special Counsel has not taken a position as to your complaint at this time, we have offered ████████ the opportunity to answer your complaint.

  The Louisiana Constitution (Article V, Section 25C) and the Rules of the Louisiana Supreme Court (Rule XXIII, Section 23) require that all proceedings before the Judiciary Commission are confidential from the time a complaint is filed throughout the investigatory stage of proceedings. While this rule does not allow you to disclose to anyone the fact that you filed a complaint with the Commission or the Commission's action on the complaint at this time, you may disclose and discuss the underlying events that led you to file a complaint. For this reason—the confidentiality of Commission proceedings—we will be unable to provide you with any details about the status of your complaint while it is pending resolution.

  You will be advised of the Commission's resolution of this file in the future. The Commission may ultimately close the file, and in some instances may issue a letter to the judge to educate the judge about his or her ethical obligations under the Code of Judicial Conduct. These dispositions are private and confidential. The private disposition of a file is not necessarily exoneration. Another possibility is that the Commission may file a Notice of Hearing so that a Hearing Officer can hold an evidentiary hearing about the allegations. Once the Commission closes a file or files a Notice of Hearing, complainants, respondents, and witnesses are no longer prohibited from discussing or disclosing the Commission proceedings. For further understanding of the rules regarding Judiciary Commission proceedings, please consult the *Frequently Asked Questions* on the Commission's website, available at http://www.lasc.org/la_judicial_entities/JCL_FAQ.asp.

  Thank you for your understanding and cooperation.

Sincerely,

Michelle A. Beaty
Special Counsel

MAB/cm